## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INDIVIOR INC., INDIVIOR UK LIMITED, and AQUESTIVE THERAPEUTICS, INC., <br><br>　　　　　　　　　Plaintiffs, <br>　　v. <br>ACTAVIS LABORATORIES UT, INC., <br>　　　　　　　　　Defendant. | Civil Action No. 18-497-RGA |
| INDIVIOR INC. and INDIVIOR UK LIMITED, <br><br>　　　　　　　　　Plaintiffs, <br>　　v. <br>ACTAVIS LABORATORIES UT, INC., <br>　　　　　　　　　Defendant. | Civil Action No. 18-499-RGA |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF
CLAIMS AND COUNTERCLAIMS**

Plaintiffs Indivior Inc., Indivior UK Limited, and Aquestive Therapeutics, Inc. and Defendant Actavis Laboratories UT, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All of Plaintiffs' claims of infringement as identified in Plaintiffs' Complaint for Patent Infringement, D.I. 2 in C.A. No. 18-499-RGA, dated September 14, 2017, and Plaintiffs' First Amended Complaint for Patent Infringement, D.I. 6 in C.A. No. 18-497-RGA, dated April 30, 2018, are dismissed without prejudice;

2. All of Defendant's counterclaims for declaratory judgment of noninfringement and invalidity as identified in Defendant's Amended Answer, Affirmative Defenses, and Counterclaims, D.I. 63 in C.A. No. 18-499-RGA, dated May 16, 2018, and Defendant's Answer,

Affirmative Defenses, and Counterclaims, D.I. 14 in C.A. 18-497-RGA, dated May 31, 2018, are dismissed without prejudice;

      3.      Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

      4.      The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
| */s/ Jeremy A. Tigan* <br> Jack B. Blumenfeld (#1014) <br> Jeremy A Tigan (#5239) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> jtigan@mnat.com | */s/ Megan C. Haney* <br> John C. Phillips, Jr. (#110) <br> Megan C. Haney (#5016) <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> (302) 655-4200 <br> jcp@pgmhlaw.com <br> mch@pgmhlaw.com |
| *Attorneys for Plaintiffs* | OF COUNSEL: <br> Michael Nutter <br> WINSTON & STRAWN LLP <br> 35 W. Wacker Drive <br> Chicago, IL 60601-9703 <br> (312) 558-5600 |
| OF COUNSEL: <br> Jeffrey B. Elikan <br> Jeffrey H. Lerner <br> R. Jason Fowler <br> Erica N. Andersen <br> Philip S. May <br> COVINGTON & BURLING LLP <br> One CityCenter <br> 850 Tenth Street, NW <br> Washington, D.C. 20001 <br> (202) 662-6000 | Stephen R. Smerek <br> David P. Dalke <br> WINSTON & STRAWN LLP <br> 333 South Grand Avenue 38th Floor <br> Los Angeles, CA 90071-1543 <br> (213) 615-1700 <br><br> *Attorneys for Defendant* <br> *Actavis Laboratories UT, Inc.* |
| *Attorneys for Plaintiffs* <br> *Indivior Inc. and Indivior UK Limited* | |
| James F. Hibey <br> STEPTOE & JOHNSON LLP <br> 1330 Connecticut Avenue NW <br> Washington, D.C. 20036 <br> (202) 429-6407 | |
| Jamie Lucia <br> STEPTOE & JOHNSON LLP <br> One Market Plaza <br> Spear Tower, Suite 3900 <br> San Francisco, CA 94105 <br> (415) 365-6700 | |
| *Attorneys for Plaintiff* <br> *Aquestive Therapeutics, Inc.* | |

September 13, 2019

        SO ORDERED this ____ day of _____, 2019.

                                            _____

                                            Unites States District Judge